No. 73–5237. HOUSE *v.* ST. AGNES HOSPITAL, INC., ET AL. Appeal from C. A. 4th Cir. dismissed for want of substantial federal question.